# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2014

### NO. 03-12-00084-CV

**State Office of Risk Management, Appellant**

**v.**

**Linda L. Ribble, Appellee**

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART --**
**OPINION BY JUSTICE ROSE**

This is an appeal from the order signed by the trial court on January 17, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the trial court's order denying State Office of Risk Management's plea to the jurisdiction in response to Linda L. Ribble's counterclaim and renders judgment dismissing Ribble's attorney's fee claims for want of subject-matter jurisdiction. We affirm the trial court's order denying the motion for judgment notwithstanding the verdict. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.